**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**HARKARAN SINGH #A221-350-475** | **CASE NO. 3:26-CV-01175 SEC P**

**VERSUS** | **JUDGE TERRY A. DOUGHTY**

**DIRECTOR I C E NEW ORLEANS FIELD OFFICE** | **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 22], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Harkaran Singh's Petition for the Writ of Habeas Corpus [Doc. No. 1] is **DENIED AS MOOT** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 10th day of November, 2026.

Terry A. Doughty
United States District Judge